**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISON**

| | | |
|---|---|---|
| **Sparkle International, Inc.,** | ) | **CASE NO. 1:24 CV 659** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Christopher J. Earll, et al.,** | ) | |
| | ) | **Order** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines, which was filed on November 12, 2024. (Doc. 18.) On November 22, 2024, the Court received a letter from Defendant Christopher J. Earll, which has now been filed on the docket. (Doc. 19.) The Court construes this letter as a brief in opposition to Plaintiff's motion. Plaintiff shall have until December 6, 2024, to file any reply brief in support of its motion.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  12/3/24